Case 1:17-cr-00031-DLH *SEALED*   Document 3   Filed 02/01/17   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Michael Arthur Giron a/k/a Michael Geron<br><br>_____<br>*Defendant* | )<br>)<br>)   Case No.  1:17-cr-31<br>)<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Arthur Giron a/k/a Michael Geron                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Civil Disorder
Use of Fire to Commit a Federal Felony Offense
Aiding and Abetting

Date: 02/01/2017                                     /s/ Carla Schultz
                                                     *Issuing officer's signature*

City and state:                                      Carla Schultz, Deputy Clerk
                                                     *Printed name and title*

### Return

This warrant was received on *(date)* 3/14/2017, and the person was arrested on *(date)* 3/14/2017
at *(city and state)* Centerville, TN.

Date: 3/4/2017

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By _____
Deputy Clerk

Arresting officer's signature

Justin Meinecke, Special Agent
*Printed name and title*

Case 3:17-mj-03035 *SEALED*   Document 1   Filed 03/14/17   Page 1 of 1 PageID #: 1